MICHAEL MATTHEWS, APPELLANT, *v.* WARDEN, NEVADA STATE PRISON, RESPONDENT.

No. 7624

January 16, 1975                    530 P.2d 760

*Horace R. Goff,* State Public Defender, and *G. A. Sheerin,* Deputy State Public Defender, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E. Rose,* District Attorney, and *Kathleen M. Wall,* Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

Matthews, who had pleaded guilty to the charge of uttering a forged instrument, appeals from an order denying his second petition for post-conviction relief premised on the contention that his guilty plea was involuntarily entered. Since his first post-conviction petition did not challenge the voluntariness of his plea, and since his second petition did not explain why he had previously failed to assert such challenge, the district court denied relief. This was permissible. Rogers v. Warden, 86 Nev. 359, 468 P.2d 993 (1970); Johnson v. Warden, 89 Nev. 476, 515 P.2d 63 (1973).

Affirmed.